United States District Court
Eastern District of California
Sacramento Division

FILED
JUL 21 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Brian Hatten, plaintiff,

v.

Civil Action No. _____

United States of America, defendant.

2:25-CV-2038-JDP (PC)

## Civil Action Complaint

Plaintiff Brian Hatten, pro se, pursuant to 28 U.S.C. § 1346(b), 28 U.S.C. § 1402(b), 28 U.S.C. § 2401(b), 28 U.S.C. § 2675(a), and 31 U.S.C. § 3723(a)(1), if federal prisoner plaintiff this Honorable Court to grant him a Civil Right complaint and states:

1. Plaintiff Brian Hatten #59444-018 is currently being held as a federal prisoner at Federal Bureau of Prisons (FBOP), as a prisoner number 59444-018. Federal Correctional Institution Phoenix is a FBOP operated by the United States Government.

A. PARTIES:
2. Plaintiff, Brian Hatten is and was at all time relevant hereto, a federal prisoner in the custody of FBOP at the time of the events relevant hereto. Hatten was incarcerated at F.C.I.-Victorville when his constitutional rights and statute rights

-1-

were violated by the defendant.

3. Defendant, United States of America, is a corporation, for the Federal Bureau of Prisons at F.C.I.- Victorville, 13777 Air Expressway Blvd., Victorville, CA 92394. The defendant responsible for reviewing all it's agencies duties, to promote the orderly and efficient administraction of justice within it agencies. It's sued in it official capacities.

B. Administrative Exhaustion:

4. Plaintiff has exhaustion of administrative remedy, see attachment (A) ("Administrative Claim No. TRT-WXR-2024-06389 Received: July 1, 2024"). Further, plaintiff raise his FTCA to the appropriate federal agency. That agency did not respond to his FTCA within six months. Plaintiff deem his claim denied under 28 U.S.C. § 2675(a) and filing this suit. Plaintiff have completed the administrative claim process. Plaintiff meet the exhaustion requirement because the government did not respond.

5. The FTCA allow plaintiff to file lawsuit against the United States when a federal employee has injured him. The United States does not have "qualified immunity", because the F.C.I.- Victorville property room officer was acting in the scope of employment under color of federal law when he damage or loss to plaintiff personal property.

- 2 -

C. FACTS:

6. Plaintiff, the undersigned, hereby certify under penalty of perjury that the following facts are true.

7. Plaintiff NEVER filed a lawsuit into any court.

8. Plaintiff realleges and incorporates by reference his allegations in his Tort Claim No. TRT-WXR-2024-06389 Received: July 1, 2024. See proof of Claim Attachment (A).

9. The defendant has acted and continue to act under color of federal law at all times relevant to this complaint. It are directly participating in the wrong; knowing about the wrong but not doing anything to cure or fix it when there is a duty to do so.

10. Plaintiff represent to the District Court that the issues raised in the civil complaint have not previously been presented to a Court, but as a Tort Claim against the above defendant. Further that the plaintiff believes these issues are meritorious.

11. Plaintiff claim for damage or loss to personal property under 31 U.S.C. § 3723(a)(1) by the property officer at F.C.I.- Victorville, (see the follows injury).

-3-

11.1. Purchase 02-18-21 * (1) Wolverine Boots
 * Cost: $84.95
11.2. Purchase 12-21-21 * (1) Koss R-10 Headphone
 * Cost: $34.35,
11.3. Purchase 07-15-21 * (1) VA Lockdown
 * Cost: $65.00,
11.4. Purchase 1-25-22 * (1) Black G-Shock 12
 Cost: $99.95,
11.5. Purchase 8-02-22 * (1) Waist / Reducto
 Cost: $9.30,
11.6. Purchase 08-18-22 * (1) 1A Shirt White 3 pack
 Cost: $14.95,
11.7. Purchase 09-6-22 * (1) 1A Shirt White 3 pack
 Cost: $14.95,
  "   "   "      * (1) NBN Tricot Shorts
 Cost: $13.65,
  "   "   "      * (1) NBN Tricot Shorts
 Cost: $13.65,
11.8. Purchase 09-28-22 * (1) Ree Box Royal BB 45
 Cost: $69.80,
11.9. Purchase 1-4-23 * (1) Adidas Don Issue
 Cost: $99.95,
11.10. Purchase 6-1-23 * (1) Nike Kyrie Flytrap 6
 Cost: $95.00.
11.11. Purchase 7-17-23 * (1) 3XL Thermal Pan
 Cost: $8.65.

11.12. For sum of 'DEMAND' total of $624.15 from the United States Treasury.

D. Legal Claim:

12. The Victorville property room official has violated the above federal statute, them statutes defines or creates a duty, which was breached by the defendant. The defendant breached a duty for damage or loss to plaintiff personal property under 31 U.S.C. § 3723 (a)(1).

13. The defendant in violation of the United States fifth Amendment to possess personal property plaintiff enjoy a protected interest in that property that cannot be infringed without due process. The defendant intentionally takes or destroys plaintiff personal property.

14. The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendant unless this Court grants relief which plaintiff seek.

E. Prayer For Relief:
Wherefore, plaintiff respectfully pray that this District Court enter judgment:

15. Grant plaintiff civil complaint and for an order permitting him to proceed without prepayment of fees and costs, in forma paupers pursuant to 28 U.S.C. § 1915(a)(1)-(3);

16. Grant plaintiff compensatory damages in the amount of $624.15 from the United States Treasury, with recovery of his costs and court cost and fees from the United States Treasury in this suit;

17. Plaintiff seek a jury trial on these issues triable by jury;

18. Direct the Clerk of this Court to issue process, and the U.S. Marshal Service to serve upon defendant such process, along with copy of the instant complaint pursuant to Fed. R. Civ. P. 4(c)(2);

19. Any additional relief this Court deems just proper and equitable.

Respectfully Submitted,
/s/ Brian Hatten
Brian Hatten #59444-018
F.C.I. Phoenix
37910 North 45th Ave.
Phoenix, AZ 85086

Date: 7-10-25

-6-